**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                June 13, 2007
Courtroom Deputy:    Bernique Abiakam
FTR Technician:      Kathy Terasaki

---

Civil Action No. 07-cv-00552-RPM

LES DUTTON and VARNA DUTTON,                                    Darrell D.B. Damschen

      Plaintiffs,

v.

KAMP, INC., d/b/a ALL AMERICAN MOVING
SERVICES, INC., *a Colorado Corporation*;
METRO MOVING & STORAGE CO., f/k/a Eckhardt
Enterprises, INC., *a Colorado Corporation*;
ALL AMERICAN MOVING NM, INC., *a New Mexico
Corporation*;  ALL AMERICAN MOVING CS, I
NCORPORATED, *a Colorado Corporation*; and
MAYFLOWER TRANSIT, LLC, *a Missouri
Limited Liability Corporation*.                                 Jeff Simmons
                                                                Olivia D. Lucas

      Defendants.

---

### COURTROOM MINUTES

---

**Motions Hearing**

**9:54 a.m.     Court in session.**

Court calls case.

Preliminary remarks by the Court

Appearances of counsel.

Discussion regarding issues in the complaint.

9:58 a.m.     Argument by Mr. Damschen.  Questions by the Court.

10:12 a.m.    Argument by Mr. Simmons.  Questions by the Court.

**ORDERED:     Defendants' Motion To Dismiss (Filed 3/27/07; Doc. No. 5) is DENIED**.

Discussion regarding settlement.

**10:18 a.m.    Court in recess.**

Hearing concluded.  Total time: 24min.