IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00552-RPM-MEH

LES DUTTON and
VARNA DUTTON,

      Plaintiffs,

v.

KAMP, INC., d/b/a All American Moving Services, Inc., a Colorado corporation,
METRO MOVING & STORAGE CO., f/k/a Eckhardt Enterprises, Inc., a Colorado corporation,
ALL AMERICAN MOVING SERVICES NM, INC., a New Mexico corporation,
ALL AMERICAN MOVING SERVICES CS, INCORPORATION, a Colorado corporation, and
MAYFLOWER TRANSIT, LLC, a Missouri limited liability company,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 5, 2007.**

      For good cause shown, the parties' Joint Motion for Amendment of Pretrial Scheduling Order [Filed July 3, 2007; Doc #24] is **granted**. The Scheduling Order in this matter, entered May 7, 2007, shall be amended as follows:

      A.    Deadline for Joinder of Parties and Amendment of Pleadings:  August 27, 2007.

      B.    Discovery Cutoff:  January 25, 2008.

      C.    Dispositive and Discovery Motion Deadline:  February 21, 2008.

      D.    Expert Witness Disclosure**:**

      (3)    The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 16, 2007.

      (4)    The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) within thirty (30) days of service of designation of experts.

      F.    The parties submitted their first sets of written interrogatories on June 6, 2007. Responses shall be due within 60 days service of these interrogatories. Any additional written discovery should be submitted no later than February 12, 2008.

      G.      The parties submitted their first sets of written requests for production on June 6, 2007. Responses shall be due within 60 days of service of these requests for production.. Any additional written discovery should be submitted no later than February 12, 2008.