IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00552-RPM-MEH

LES DUTTON and
VARNA DUTTON,

      Plaintiff,

v.

KAMP, INC., d/b/a ALL AMERICAN MOVING SERVICES, INC., a Colorado
Corporation;
METRO MOVING & STORAGE CO., f/k/a Eckhardt Enterprises, Inc., a Colorado
Corporation;
ALL AMERICAN MOVING SERVICES NM, INC., a New Mexico Corporation;
ALL AMERICAN MOVING SERVICES CS, INCORPORATED, a Colorado Corporation;
and MAYFLOWER TRANSIT, LLC, a Missouri Limited Liability Company,

      Defendants.

---

## ORDER DENYING MOTION FOR RECONSIDERATION OR CERTIFICATION FOR INTERLOCUTORY APPEAL

---

On June 27, 2007, the defendants filed a motion for reconsideration of this

Court's denial of their motion to dismiss and, alternatively, move for certification of

interlocutory appeal.  Upon review of that pleading and the plaintiffs' response, it is

ORDERED that the motion for reconsideration and for interlocutory appeal is

denied.

      Dated: July 17th, 2007

                  BY THE COURT:

                  s/Richard P. Matsch

                  _____

                  Richard P. Matsch, Senior District Judge