**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:07-CV-00552-RPM-MEH

LES DUTTON AND VARNA DUTTON

    Plaintiffs,

v.

KAMP, INC., d/b/a ALL AMERICAN MOVING SERVICES, INC., a Colorado Corporation; METRO MOVING & STORAGE CO., f/k/a Eckhardt Enterprises, Inc., a Colorado Corporation; ALL AMERICAN MOVING SERVICES NM, INC., a New Mexico Corporation; ALL AMERICAN MOVING SERVICES CS, INCORPORATED, a Colorado Corporation; and MAYFLOWER TRANSIT, LLC, a Missouri Limited Liability Company

    Defendants.

**ORDER RE: STAYING CASE AND AMENDMENT OF PRETRIAL SCHEDULING ORDER**

THE COURT, having considered the Joint Motion to Stay Case and Amend Scheduling Order, and good cause appearing, hereby ORDERS that the this case is stayed for seventy-five (75) days and the Amended Rule 16 Pretrial Scheduling Order entered July 5, 2007 in this matter is amended as follows:

    A.    **Deadline for Joinder of Parties and Amendment of Pleadings**: November 16, 2007.

    B.    **Discovery Cutoff**: April 10, 2008.

    C.    **Dispositive and Discovery Motion Deadline**: May 6, 2008.

    D.    **Expert Witness Disclosure:**

    (3)    The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 3, 2008.

1

2

                (4)      The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) within thirty (30) days of service of designation of experts.

        F.      The parties submitted their first sets of written interrogatories on June 6, 2007. Any additional written discovery should be submitted no later than February 29, 2008.

        G.      The parties submitted their first sets of written requests for production on June 6, 2007. Any additional written discovery should be submitted no later than February 29, 2008.

Further, the settlement conference currently set for October 3, 2007 is vacated and will be reset after the stay is lifted.

DATED this 4th day of September, 2007.

s/Richard P. Matsch

_____
The Honorable Richard P. Matsch
Judge of the United States District Court