# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-CV-00552-RPM-MEH

LES DUTTON AND VARNA DUTTON

    Plaintiffs,

v.

KAMP, INC., d/b/a ALL AMERICAN MOVING SERVICES, INC., a Colorado Corporation; METRO MOVING & STORAGE CO., f/k/a Eckhardt Enterprises, Inc., a Colorado Corporation; ALL AMERICAN MOVING SERVICES NM, INC., a New Mexico Corporation; ALL AMERICAN MOVING SERVICES CS, INCORPORATED, a Colorado Corporation; and MAYFLOWER TRANSIT, LLC, a Missouri Limited Liability Company

    Defendants.

---

## ORDER RE: CONTINUING STAY OF CASE TO AND INCLUDING JANUARY 31, 2008, AND FURTHER AMENDMENT OF PRETRIAL SCHEDULING ORDER

---

THE COURT, having considered the Joint Motion to Continue Stay of Case To And Including January 31, 2008, And To Further Amend Scheduling Order, and good cause appearing, hereby ORDERS that the this case is stayed to and including January 31, 2008 and the Amended Rule 16 Pretrial Scheduling Order originally entered July 5, 2007 and amended on September 4, 2007, is further amended as follows:

    A.    **Deadline for Joinder of Parties and Amendment of Pleadings**: February 15, 2008.

    B.    **Discovery Cutoff**: June 24, 2008.

    C.    **Dispositive and Discovery Motion Deadline**: July 21, 2008.

    D.    **Expert Witness Disclosure:**

(3) The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 21, 2008.

(4) The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) within thirty (30) days of service of designation of experts.

F. The parties submitted their first sets of written interrogatories on June 6, 2007. Any additional written discovery should be submitted no later than May 14, 2008.

G. The parties submitted their first sets of written requests for production on June 6, 2007. Any additional written discovery should be submitted no later than May 14, 2008.

Further, a settlement conference will be set after the stay is lifted.

DATED this 14th day of January, 2008.

s/Richard P. Matsch
_____
The Honorable Richard P. Matsch
Judge of the United States District Court