IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-CV-00552-RPM-MEH

LES DUTTON AND VARNA DUTTON

    Plaintiffs,

v.

KAMP, INC., d/b/a ALL AMERICAN MOVING SERVICES, INC., a Colorado Corporation; METRO MOVING & STORAGE CO., f/k/a Eckhardt Enterprises, Inc., a Colorado Corporation; ALL AMERICAN MOVING SERVICES NM, INC., a New Mexico Corporation; ALL AMERICAN MOVING SERVICES CS, INCORPORATED, a Colorado Corporation; and MAYFLOWER TRANSIT, LLC, a Missouri Limited Liability Company

    Defendants.

---

## ORDER RE: JOINT MOTION FOR FURTHER AMENDMENT OF PRETRIAL SCHEDULING ORDER

---

THE COURT, having considered the Joint Motion for Further Amendment of Pretrial Scheduling Order, and good cause appearing, hereby ORDERS that the Amended Pretrial Scheduling Order originally entered July 5, 2007, and amended on September 4, 2007 and January 14, 2008, is further amended as follows:

    B.    Discovery Cutoff: July 24, 2008.

    C.    Dispositive and Discovery Motion Deadline: August 25, 2008.

    D.    Expert Witness Disclosure:

        (3)    The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 21, 2008.

(4) The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) within thirty (30) days of service of designation of experts.

F. The parties submitted their first sets of written interrogatories on June 6, 2007. Responses shall be due within 60 days service of these interrogatories. Any additional written discovery should be submitted no later than June 13, 2008.

G. The parties submitted their first sets of written requests for production on June 6, 2007. Responses shall be due within 60 days of service of these requests for production. Any additional written discovery should be submitted no later than June 13, 2008.

DATED this 17th day of April 2008.

_____
The Honorable Richard P. Matsch
Judge of the United States District Court