IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-CV-00552-RPM-MEH

LES DUTTON AND VARNA DUTTON

    Plaintiffs,

v.

KAMP, INC., d/b/a ALL AMERICAN MOVING SERVICES, INC., a Colorado Corporation; METRO MOVING & STORAGE CO., f/k/a Eckhardt Enterprises, Inc., a Colorado Corporation; ALL AMERICAN MOVING SERVICES NM, INC., a New Mexico Corporation; ALL AMERICAN MOVING SERVICES CS, INCORPORATED, a Colorado Corporation; and MAYFLOWER TRANSIT, LLC, a Missouri Limited Liability Company

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Stipulation for Dismissal with Prejudice dated August 7, 2008 between Plaintiffs Les and Varna Dutton ("Plaintiffs") and Defendants Kamp, Inc., d/b/a All American Moving Services, Inc., a Colorado Corporation; Metro Moving and Storage Co., f/k/a Eckhardt Enterprises, Inc., a Colorado Corporation; All American Moving Services NM, Inc., a New Mexico Corporation; All American Moving Services CS, Inc., a Colorado Corporation; and Mayflower Transit, LLC, a Missouri Limited Liability Company (collectively, "Defendants"), acting by and through counsel,

ORDERS that pursuant to the Stipulation between the Parties, and good cause appearing therefor, this case shall be, and hereby is, dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 8th day of August, 2008

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                The Honorable Richard P. Matsch
                                                Judge of the United States District Court